**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6693**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM NATHANIEL GRANT,

Defendant - Appellant.

---

**No. 97-6737**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM NATHANIEL GRANT,

Defendant - Appellant.

---

Appeals from the United States District Court for the Western District of Virginia, at Charlottesville. Samuel G. Wilson, Chief District Judge. (CR-92-36-C)

Submitted:  August 14, 1997          Decided:  August 25, 1997

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Nathaniel Grant, Appellant Pro Se.  Jean Barrett Hudson,
OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying his motions to reduce his sentence and for production of grand jury transcripts. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Grant, No. CR-92-36-C (W.D. Va. May 2 & 7, 1997). Appellant's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2